UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHAWN L. HOWARD,

    Plaintiff,

                                                  Case No. 1:13-cv-118

v.

                                                  HONORABLE PAUL L. MALONEY

UNKNOWN BROOKE,

    Defendant,
_____/

**JUDGMENT**

    Pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is hereby entered.


Date:  September 19, 2014                         /s/ Paul L. Maloney
                                                                      Paul L. Maloney
                                                                       Chief United States District